AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: 11/21/07 - RWOS - NO RESPONSE FROM PLAINTIFF WITH USM FORM 285'S FOR SERVICE - SUMMONS EXPIRED FOR ALL NAMED DEFENDANTS　　　/s/ Ron Willem
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　USMS

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　　Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

JEREMIAH HURT,
Plaintiff

V.

**SUMMONS IN A CIVIL CASE**

WILLIAM LOGAN,

WILLIAM MAZUR

CASE NUMBER:     07-cv-778 (JBS)

Defendants

TO: (Name and address of Defendant)

ABOVE NAMED DEFENDANT(S)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JEREMIAH HURT
#146355
ATLANTIC COUNTY JUSTICE FACILITY
5060 ATLANTIC AVE.
MAYS LANDING, NJ 08330

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH      6/12/2007
CLERK      DATE

(By) DEPUTY CLERK